NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TRIAL PRACTICES, INC., a Florida )
corporation, )
                                  )
          Appellant, )
                                  )
v. )     Case No. 2D17-3412
                                  )
HAHN LOESER & PARKS, LLP, an Ohio )
limited liability partnership; TRIAL )
SIMULATIONS, INC., a Florida corporation; )
TRIAL VISUALIZATION, INC., a Florida )
corporation; HARVEY MOORE AND )
ASSOCIATES, INC., a Florida corporation; )
HARVEY MOORE, an individual; and )
LYNETTE M. MOORE, an individual, )
                                  )
          Appellees. )
_____)

Opinion filed October 10, 2018.

Appeal from the Circuit Court for
Hillsborough County; Steven Scott
Stephens, Judge.

G. Donovan Conwell, Jr., of Conwell
Business Law, LLLP, Tampa, for Appellant.

Edmond E. Koester of Coleman,
Yovanovich & Koester, P.A., Naples; and
Edward K. Cheffy of Cheffy Passidomo,
P.A., Naples, for Appellee Hahn Loeser &
Parks, LLP.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

SILBERMAN, KELLY, and BLACK, JJ., Concur.